```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil No. 10-89-LM |
| Karen M. Garcia,<br>    Defendant, | )<br>)<br>) | |
|     and | )<br>) | |
| Cottage Hospital,<br>    Garnishee. | )<br>) | |

### FINAL ORDER OF CONTINUING GARNISHMENT

On August 19, 2010, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee was served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on August 23, 2010, and the Defendant was served on August 25, 2010. Garnishee filed an Answer on September 1, 2010, stating that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of bi-weekly non-exempt disposable earnings, belonging to and due Defendant, Karen M. Garcia. Defendant agreed to waive her right to a hearing pursuant to 28 U.S.C. § 3202(d). Therefore, it is

    ORDERED that Garnishee pay ten percent (10%) of the Defendant's bi-weekly non-exempt disposable earnings (earnings remaining after all deductions required by law have been withheld) from the first full pay period after August 23, 2010, and thereafter, to plaintiff and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no

longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court. Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

    IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in her employment, place of residence, or telephone number.  Defendant shall provide such information to the United States Attorney's Office at the address listed above.

    **SO ORDERED THIS** 22   **DAY OF** September, **2010.**

    /s/ Landya B. McCafferty
    U.S. Magistrate Judge

cc: U.S. Attorney's Office
    Karen M. Garcia
    Cottage Hospital